# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR -1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

GANESH K. MEDA

Plaintiff,

v.

STEC, INC., et. al.

Defendants.

CASE NUMBER

SACV10-00248 JVS (MLGx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Roy L. Jacobs, Esq.__,
*Applicant's Name*

of __Roy Jacobs & Associates / 60 East 42nd Street, 46th Floor, New York, NY 10165__
*Firm Name / Address*

__(212) 867-1156__                             __Rjacobs@jacobsclasslaw.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  X Plaintiff  ☐ Defendant

Ganesh K. Meda

and the designation of __David N. Lake, Esq./ State Bar No. 180775__
*Local Counsel Designee /State Bar Number*

of __Law Offices of David N. Lake / 16130 Ventura Boulevard, Suite 650 Encino, California 91436__
*Local Counsel Firm / Address*

__(818) 788-5100__                              __david@lakelawpc.com__
*Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __4/1/10__                                 _____
                                                 U. S. District Judge/U.S. Magistrate Judge